# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

v.

__LI NAN__
**Defendant**

Citation No(s): __2241995__

Docket No: __MD 92__

FILED / ENTERED
LODGED / RECEIVED
JUL 13 2016
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Fail no obey sign | — | 10. | 5 | 25 |

**TOTAL DUE:** $ 40.—

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
   (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance        ☐ Continue to Obtain License
☐ Continue for Payment            ☐ Continue to Retain Attorney
☐ Set for Trial                   ☐ New Court Date: _____
☐ Dismissed by the Government                 at: _____ a.m.

COMMENTS: __Plea to amended fine__

__[signature]__
Defendant's Signature

__[signature]__
Assistant U.S. Attorney

__07-13-2016__
Date

_____
Attorney for Defendant

*Original – Court        Yellow – Defendant        Pink – AUSA*

Plea Agreement (01/2013) Triple