# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

LI NAN
**Defendant**

Citation No(s): 2241995

Docket No: MD 92

FILED / ENTERED
LODGED / RECEIVED

JUL 13 2016
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

\* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Fail to obey sign | — | 10 | 5 | 25 |

TOTAL DUE: $ 40

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
  (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance          ☐ Continue to Obtain License
☐ Continue for Payment              ☐ Continue to Retain Attorney
☐ Set for Trial                     ☐ New Court Date: _____
☐ Dismissed by the Government                    at: _____ a.m.

COMMENTS: Plea to amended fine

_____          _____
Defendant's Signature            Assistant U.S. Attorney

                                 07-13-2016
_____          _____
Attorney for Defendant           Date

Original – Court        Yellow – Defendant        Pink – AUSA

Plea Agreement (01/2013) Triple